UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 12-14601-JJG-7A |
| BRYAN TAYLOR MCGUIRE | ) |
| SUZANNE ANNETTE MCGUIRE | ) |
| | ) |
| DEBTORS. | ) |

**TRUSTEE'S WITHDRAWAL OF TRUSTEE'S
NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS**

Comes now the Trustee, Thomas A. Krudy, and hereby withdraws his Trustee's Notice of Deposit of Unclaimed Dividends (**Doc 70**) filed on or about July 7, 2020, for the reason that the Trustee's Notice of Deposit of Unclaimed Dividends was inadvertently filed.

Respectfully submitted,

/s/ Thomas A. Krudy
Thomas A. Krudy, Trustee
236 E. 15th St.
Indianapolis, IN 46202
(317) 635-4428
tkrudytrustee@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2020 a copy of the foregoing Trustee's Notice of Deposit of Unclaimed Dividends was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Robert C. Perry
rcperry@tds.net

Paul D. Gresk
Bankruptcy@gslawindy.com

Fred L. Cline
fred@oliverandcline.com

I further certify that on July 7, 2020, a copy of the foregoing Trustee's Notice of Deposit of Unclaimed Dividends was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following: N/A

/s/ Thomas A. Krudy
Thomas A. Krudy. Trustee