UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF03011 (rev 12/2018)

In re:

**Bryan Taylor McGuire**,
**Suzanne Annette McGuire**,
     Debtors.

Case No. **12−14601−JJG−7A**

## TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Thomas A. Krudy deposits the following unclaimed dividends with the Court:

| Payee | Amount |
|---|---|
| GLA Collection Co Inc<br>PO Box 7728 Dept 2<br>Louisville, Ky 40257 | $140.70 |
| **Total Amount**: | $140.70 |

Dated: July 7, 2020

/s/ Thomas A. Krudy
Trustee